### ROSA SEGAL V. EAGLE BUILDING CO.

IDIOTS MADE PARTIES TO RECORD BY ANSWER OF GUARDIAN.

> In a proceeding to sell real estate to pay debts, brought by an administrator, heirs who are idiots are made parties to the record by their guardian's filing an answer and cross petition, waiving issuance and service of summons, admitting the allegations of the petition and asking that its prayer be granted.

ERROR to Hamilton common pleas court.

**Phares, Gusweiler & Phares,** for plaintiff in error.

**Bates & Meyers,** for defendant in error.

**GIFFEN, J.**

As appears from the findings of fact the only question involved is whether, in a proceeding to sell real estate by an administrator to pay debts of decedent, heirs, who are idiots, are parties to the record, when not made parties to the petition but their legal guardian filed an answer in which she as such guardian expressly waived the issuing and service of summons upon her wards—admitted the allegations of the petition to be true and ask that the prayer of the petition be granted? We think they are such parties and bound by the sale made. *Ewing* v. *Hollister,* 7 Ohio (pt. 2) 138; Section 6143 Rev. Stat.

Judgment reversed and judgment for plaintiff in error.

**Swing** and **Smith, JJ.,** concur.